THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES J. COOPER, Appellant.

Viewing the evidence adduced at trial in a light most favorable to the People *(People v Contes,* 60 NY2d 620), we find that it was legally sufficient to support the conviction. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict was not against the weight of the evidence (CPL 470.15 [5]). Bracken, J. P., Lawrence, Kunzeman and Harwood, JJ., concur.